UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRUZ JUAN RAMIREZ,

                Plaintiff,

    -against-

RFA FRONTINO LLC, et al.,

                Defendants.

21-CV-04355 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of the parties' joint letter, dated October 3, 2022, filed in response to the Court's September 19, 2022 Reassignment Order.  ECF No. 99.

    IT IS HEREBY ORDERED that the parties shall appear for a status conference on October 19, 2022, at 10:30 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 4, 2022
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge