

# Ronai & Ronai, LLP
### Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

October 14, 2022

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:   Ramirez v. RFA Frontino LLC et al.
      Case No.: 21-cv-04355-JLR

Your Honor:

We represent plaintiff Cruz Ramirez in the above referenced action.

I am writing to respectfully request an adjournment of the status conference presently scheduled for October 19, 2022. The reason for my request is that I am the handling attorney for this matter, and I will be on trial in the matter of Csikos v. S.M. Construction & Contracting, Incorporated et al. [18-cv-09598-VEC] starting on October 17, 2022.

This is my first request for an adjournment and all parties have consented to same. Pursuant to Your Honor's individual rules, we are providing the Court with the following mutually agreeable alternative conference dates: November 4, 2022, November 7, 2022, and November 17, 2022.

Thank you for your consideration of our request.

Respectfully yours,

RONAI & RONAI, LLP
Attorneys for Plaintiff

/s/ John Della Jacono
By: John Della Jacono (JD5138)

**The request is granted. The conference on October 17, 2022 is adjourned to November 4, 2022 at 10:00AM.**

Dated: October 17, 2022
       New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge