UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRUZ JUAN RAMIREZ,<br><br>       Plaintiff,<br><br>   -against-<br><br>RFA FRONTINO LLC et al.,<br><br>       Defendants. | 21-cv-04355 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  As stated on the record during the November 4, 2022 Conference: the parties shall promptly update the Court if they proceed with scheduling a private mediation session.

Dated: November 4, 2022
     New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge